**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6888**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GREGORY L. FLOYD,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CR-95-124-A)

---

Submitted:  September 21, 2000       Decided:  September 29, 2000

---

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Gregory L. Floyd, Appellant Pro Se.  William Neil Hammerstrom, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gregory L. Floyd appeals the district court's order denying his motion under Fed. R. Crim. P. 36, in which he sought a sentence reduction based on his post-sentence rehabilitation efforts, on the ground that the court lacked jurisdiction to consider it.[1] We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Floyd, No. CR-95-124-A (E.D. Va. June 12, 2000).[2] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[1] Floyd does not challenge on appeal the portion of the district court's order correcting a clerical error in his criminal judgment.

[2] Although the district court's order is marked as "filed" on June 8, 2000, the district court's records show that it was entered on the docket sheet on June 12, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).